UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUANE EDWARD WHALEY, JR., | ) | Case No. CV 11-6771 FMO(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R. GROUNDS, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied as time-barred and this action is dismissed with prejudice.

DATED: March 27, 2013

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE